IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

KELLY J. GANNON, Individually,           )
SHANE A. MATLOCK, individually, and )
KELLY L. GANNON and SHANE A.         )
MATLOCK, Co-Executors of the Estate  )
of ROBERTA J. MATLOCK, deceased,     )
                                                          )
                Plaintiffs,                             )
                                                          )
v.                                                         )        Case No. 1:16-cv-00001
                                                          )
SAINT FRANCIS MEDICAL CENTER,   )
                                                          )
                Defendant.                          )

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

COME NOW Plaintiffs, KELLY J. GANNON, individually, SHANE A. MATLOCK,

individually, and KELLY J. GANNON and SHANE A. MATLOCK, Co-Executors of the

Estate of ROBERTA J. MATLOCK, deceased, by and through their attorneys, JOHNSON,

SCHNEIDER & FERRELL, L.L.C., and Defendant, SAINT FRANCIS MEDICAL CENTER,

by and through its attorneys, BRADSHAW, STEELE, COCHRANE, BERENS &

BILLMEYER, L.C., and state that the above-captioned matter has been settled and

compromised.  It is stipulated by the parties that this matter shall be dismissed, with

prejudice, and each party shall bear their own costs.

Dated this 7th day of July, 2017.

**BRADSHAW, STEELE, COCHRANE, BERENS & BILLMEYER, L.C.**

_[signature]_

James A. Cochrane III                                    #23719
3113 Independence, P.O. Box 1300
Cape Girardeau, MO  63702-1300
Telephone:  (573) 334-0555
Facsimile:  (573) 334-2947
Email:  JimC@BradshawSteele.com
ATTORNEYS FOR DEFENDANT


**JOHNSON, SCHNEIDER & FERRELL, L.L.C.**

_[signature]_

Mark S. Johnson
212 North Main Street
Cape Girardeau, MO 63701
Telephone:  (573) 335-3300
Facsimile:  (573) 335-1978
Email:  mark@johnsonschneider.com
ATTORNEYS FOR PLAINTIFFS