UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KELLY J. GANNON, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16CV0001ACL |
| | ) | |
| BRADLEY K. BITTLE, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On this date, Plaintiffs Kelly J. Gannon (individually and as Co-Executor of the Estate of Roberta J. Matlock, deceased) and Shane A. Matlock (individually, and as Co-Executor of the Estate of Roberta J. Matlock, deceased), and Defendant Saint Francis Medical Center filed a Stipulation for Dismissal with Prejudice, in which they state that the above-captioned matter has been settled and compromised.  (Doc. 27.)   The parties stipulate that this matter shall be dismissed, with prejudice, and each party shall bear its own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action be **dismissed with prejudice**, with each party to bear its own costs.

Dated this 7th day of July, 2017.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE